## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CHRISTIAN ENRIQUE ARCIA RODRIGUEZ )
            )
  Petitioner,       )
            )
v.            )   Case No. CIV-26-355-D
            )
MARKWAYNE MULLIN, et. al,   )
            )
  Respondents.     )

## ORDER

Upon review, it appears that on June 29, 2026, an Immigration Judge granted "an application."[1] It is unclear what the nature of the application is or how it may affect the pending Amended habeas Petition. Respondents have filed a Motion to Dismiss, (ECF No. 9) but the undersigned will defer adjudication of that Motion at this time. At this juncture, Respondents are directed to submit, within seven (7) days, a supplemental brief updating the Court on what application was granted and whether it impacts the status of Petitioner's removal proceedings and/or the Amended Petition. Petitioner may also file a supplemental brief within seven (7) days.

**IT IS SO ORDERED** on July 8, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* https://acis.eoir.justice.gov/en/caseInformation (last visited July 8, 2026).