**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CHRISTIAN ENRIQUE ARCIA RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | ) | Case No. CIV-26-355-D |

**ORDER**

Petitioner Christian Enrique Arcia Rodriguez filed an Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 6]. Petitioner is a citizen of Cuba. *Id.* at p. 6. Petitioner was re-detained by the U.S. Immigration and Customs Enforcement ("ICE"). *Id.* at p. 4. When Petitioner filed his Petition, he was detained at the Cimarron Correctional Facility in Cushing, Oklahoma. *Id.* at p. 6.

The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C § 636(b)(1)(B) and (C). [Doc. No. 4]. On July 15, 2026, Respondents filed a notice informing the Court that an immigration judge had granted Petitioner's application for asylum, and if no appeal was filed by July 29, 2026, the order would be final, and he would be released from ICE's custody. [Doc. No. 12]. On August 4, 2026, Judge Erwin issued a Report and Recommendation ("Report") recommending the Court dismiss as moot the Amended Petition because Petitioner was no longer in the custody of ICE. *Id.*

The case file shows no timely objection to the Report nor request for an extension of time, even though Petitioner was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). For the reasons explained by Judge Erwin in the Report, the Court finds this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 14] is **ADOPTED**. This action is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 12th day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE